HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
LOUIS DONALD MENDONSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00243-TLN-1 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| vs. | |
| LOUIS DONALD MENDONSA, | Date: April 11, 2024 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A, Talbert, United States Attorney, through Assistant United States Attorney Emily Sauvageau, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Louis Donald Mendonsa, that the status conference, currently scheduled for March 7, 2024, be continued to April 11, 2024 at 9:30 a.m.

Defense counsel has a jury summons for the week including March 14 and requests additional time to review the evidence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including April 11, 2024;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

1

2                                          Respectfully submitted,

3

Dated:  March 5, 2024

4                                          HEATHER E. WILLIAMS
                                           Federal Defender
5

6                                          /s/ Douglas Beevers
                                           DOUGLAS BEEVERS
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          LOUIS DONALD MENDONSA

9    Dated:  March 5, 2024

10                                         PHILLIP A. TALBERT
                                           United States Attorney
11
                                           /s/ Emily Sauvageau
12                                         EMILY SAUVAGEAU
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 11, 2024, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 7, 2024 status conference shall be continued until April 11, 2024, at 9:30 a.m.

Dated:  March 5, 2024

Troy L. Nunley
United States District Judge