HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
LOUIS MENDONSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LOUIS MENDONSA,<br><br>    Defendant. | Case No.   2:22-cr-00243-TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE:   July 18, 2024<br>TIME:    9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for July 18, 2024, at 9:30 a.m. be continued to **October 10, 2024, at 9:30 a.m.**

A presentence interview still needs to take place in this case. It is therefore requested that the matter be continued to October 10, 2024, for sentencing and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Draft Presentence Report Due: | August 29, 2024 |
| Informal Objections to Presentence Report Due: | September 12, 2024 |
| Final Presentence Report Due: | September 19, 2024 |
| Formal Objections to Presentence Report Due: | September 26, 2024 |
| Reply or Statement of Non-Opposition Due: | October 3, 2024 |
| Judgment and Sentencing: | October 10, 2024 |

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

DATED: July 12, 2024                     */s/ Douglas Beevers*
                                                DOUGLAS BEEVERS
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                LOUIS MENDONSA


                                                PHILLIP A. TALBERT
                                                United States Attorney

DATED: July 12, 2024                     */s Emily Sauvageau*
                                                EMILY SAUVAGEAU
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


## **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set for July 18, 2024 is CONTINUED to **October 10, 2024, at 9:30 a.m.** The modified presentence schedule is further adopted as this Court's order.

DATED: July 16, 2024

_____
Troy L. Nunley
United States District Judge