PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-243-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | DATE: October 10, 2024 |
| LOUIS DONALD MENDONSA, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant pleaded guilty on April 11, 2024. ECF No. 37. By previous order, this matter was set for judgment and sentencing on October 10, 2024. ECF No. 38.

2. By this stipulation, defendant now moves to continue the judgment and sentencing until January 23, 2025, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) This case was referred to the United States Probation Office for preparation of a Presentence Investigation Report. The defendant was interviewed by a previously-assigned probation officer. That previously-assigned officer has since left the office. The United States Probation Office has been working diligently to reassign this case for completion of the PSR.

The draft PSR has not yet been disclosed.

    b)    Defendant is receiving medical treatment in Sacramento, and Defendant will seek to include information about his medical needs into the PSR.

    c)    The parties agree that this continuance is necessary in order to allow the parties and Probation to prepare for sentencing.

4.    The parties request that the Court continue the judgment and sentencing to January 23, 2025, and to adopt the following modified PSR schedule:

| | | |
|---|---|---|
| a) | Draft Report Due: | December 5, 2024 |
| b) | Informal Objections, if any, due: | December 19, 2024 |
| c) | Final Report Due: | January 2, 2025 |
| d) | Formal Objections Due: | January 9, 2025 |
| e) | Reply or Statement of Non-Opposition: | January 16, 2025 |
| f) | Judgment and Sentencing Date: | January 23, 2025 |

IT IS SO STIPULATED.

Dated:  October 3, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ EMILY G. SAUVAGEAU
EMILY G. SAUVAGEAU
Assistant United States Attorney

Dated:  October 3, 2024

/s/ Doug Beevers
Doug Beevers
Counsel for Defendant
Louis Donald Mendonsa

**ORDER**

IT IS SO FOUND AND ORDERED this 8th day of October 2024.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE