PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DONALD MENDONSA,<br><br>Defendant. | CASE NO. 2:22-CR-243-TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: January 23, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant pleaded guilty on April 11, 2024. By previous order, this matter is set for judgment and sentencing on January 23, 2025.

2. By this stipulation, the parties now move to continue the judgment and sentencing until February 13, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) This case was referred to the United States Probation Office for preparation of a Presentence Investigation Report. The draft PSR has been disclosed and both parties submitted informal objections. The defendant desires additional time to acquire and submit medical records for incorporation into the final PSR, and both parties require a few weeks of additional time

prepare for sentencing.

      b)    The parties agree that this continuance is necessary in order to allow the parties and Probation to prepare for sentencing.

    4.    The parties request that the Court continue the judgment and sentencing to February 13, 2025, and to adopt the following modified PSR schedule:

| | | |
|---|---|---|
| a) | Final Report Due: | January 23, 2025 |
| b) | Formal Objections Due: | January 30, 2025 |
| c) | Reply or Statement of Non-Opposition: | February 6, 2025 |
| d) | Judgment and Sentencing Date: | February 13, 2025 |

IT IS SO STIPULATED.

Dated: January 10, 2025

    PHILLIP A. TALBERT
    United States Attorney

    /s/ EMILY G. SAUVAGEAU
    EMILY G. SAUVAGEAU
    Assistant United States Attorney

Dated: January 10, 2025

    /s/ Doug Beevers
    Doug Beevers
    Counsel for Defendant
    Louis Donald Mendonsa

**ORDER**

IT IS SO FOUND AND ORDERED this 13th day of January 2025.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3