MICHELE BECKWITH
Acting United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DONALD MENDONSA,<br><br>Defendant. | CASE NO. 2:22-CR-243-TLN<br><br>STIPULATION REGARDING RESTITUTION; ORDER<br><br>DATE: May 1, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, EMILY G. SAUVAGEAU, Assistant United States Attorney, and DOUGLAS BEEVERS, attorney for the defendant, Louis Donald Mendonsa, that restitution be ordered as follows and that the upcoming May 1, 2025, restitution hearing be vacated. The parties further request the Court issue an amended judgment which includes the restitution amounts set forth below.

The parties agree that each of the victims listed below are victims of the defendant's crimes, that a restitution order is appropriate under 18 U.S.C. § 2259(a), and that the defendant be ordered to pay restitution in the following amounts:

| | | |
|---|---|---|
| "Angela" | Restore the Child PLLC<br>FBO Angela<br>2522 N Proctor St, Tacoma, WA 98406 | $3,000 |
| "April" | Restore the Child PLLC<br>FBO AprilBlonde<br>2522 N Proctor St, Tacoma, WA 98406 | $3,000 |
| "8kids – John Doe 1" | Tanya Hankins<br>FBO John Doe 1<br>PO Box 1091, Tacoma, WA 93401 | $3,000 |
| "8kids – John Doe 2" | Tanya Hankins<br>FBO John Doe 2<br>PO Box 1091, Tacoma, WA 93401 | $3,000 |
| "8kids – John Doe 3" | Tanya Hankins<br>FBO John Doe 3<br>PO Box 1091, Tacoma, WA 93401 | $3,000 |
| "8kids – John Doe 4" | Tanya Hankins<br>FBO John Doe 4<br>PO Box 1091, Tacoma, WA 93401 | $3,000 |
| "Lily" | Carol L. Hepburn<br>FBO Lily<br>PO Box 17718, Seattle, WA 98127 | $3,000 |
| "L.L." | Tim Nay, Trustee of L.A.L.<br>FBO L.L. 39<br>6500 SW Macadam Ave, Portland, OR 972 | $3,000 |
| "Sarah" | Carol L. Hepburn<br>FBO Sarah<br>PO Box 17718, Seattle, WA 98127 | $3,000 |
| "Cara" | Carol L. Hepburn<br>FBO Cara<br>PO Box 17718, Seattle, WA 98127 | $3,000 |
| "Solomon" | Carol L. Hepburn<br>FBO Solomon<br>PO Box 17718, Seattle, WA 98127 | $3,000 |
| "Cindy" | Cusack & Gilfillan, LLC<br>FBO Cindy<br>411 Hamilton Blvd, Peoria, IL 61602 | $3,000 |
| "Sloane" | Carol L. Hepburn<br>FBO Sloane<br>PO Box 17718, Seattle, WA 98127 | $3,000 |
| | **TOTAL** | **$39,000** |

IT IS SO STIPULATED.

STIPULATION REGARDING RESTITUTION

2

Dated: April 29, 2025             MICHELE BECKWITH
                                  Acting United States Attorney


                                  /s/ EMILY G. SAUVAGEAU
                                  EMILY G. SAUVAGEAU
                                  Assistant United States Attorney


Dated: April 29, 2025             /s/ Douglas Beevers
                                  Douglas Beevers
                                  Counsel for Defendant
                                  LOUIS DONALD MENDONSA


### ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. An amended judgment shall issue which includes the restitution language set forth above. The restitution hearing scheduled for May 1, 2025, is vacated.

IT IS SO ORDERED.

Dated: April 30, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE